```
1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JASON S. WYMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0086 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| JASON S. WYMER, STORMY MOLLISSA AVERS, aka Stormy Myers, and JOLENE DAVIS, | DATE: June 6, 2013<br>TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney; defendant JASON S. WYMER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant STORMY MOLLISSA AVERS, by and through her counsel, JAN DAVID KAROWSKY; and defendant JOLENE DAVIS, by and through her counsel, KRESTA NORA DALY that the status conference set for April 4, 2013 be continued to June 6, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 6, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: March 29, 2013       JOSEPH SCHLESINGER
                            Acting Federal Defender


                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for JASON W. WYMER

                            /s/ Benjamin Galloway for
                            JAN DAVID KAROWSKY
                            Attorney for STORMY MOLLISSA AVERS

                            /s/ Benjamin Galloway for
                            KRESTA NORA DALY
                            Attorney for JOLENE DAVIS

DATED: March 29, 2013       BENJAMIN WAGNER
                            United States Attorney


                            /s/ Benjamin Galloway for
                            MATTHEW G. MORRIS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking

2

into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 6, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the April 4, 2013 status conference shall be continued until June 6, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Date: April 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE